```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ILIANA LOPEZ,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :         23-CV-1782 (VSB)
              -against-                                     :
                                                            :              ORDER
PARTYMAKERS FLOWERS AND                                     :
BALLOONS, INC.,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 1, 2023, (Doc. 1), and filed an affidavit of service on March 20, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 4, 2023. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 20, 2023. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 6, 2023
            New York, New York

                                                                                   _____
                                                                            VERNON S. BRODERICK
                                                                            United States District Judge