**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 4/24/23

# THE LAW OFFICE OF
# SAAB

y, Ste 300
ork 11753
: (718) 709-5912
.aw@gmail.com

**QUEENS OFFICE**
148-02 Hillside Ave
Jamaica, New York 11435

April 23, 2023

**BY ECF**
Honorable Magistrate Judge Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     **Lopez v. Partymakers Flowers and Balloons, Inc. (1:23-cv-01782-VSB)**

To the Honorable Judge Vernon S. Broderick,

      Plaintiff submits this letter-motion respectfully requesting an extension of time to seek a default judgment against the Defendant. Pursuant to Your Honor's Orders dated April 6, 2023 (Dkt # 6), Plaintiff was to file for a default judgment in this action by no later than April 20, 2023. Plaintiff's counsel sustained a back injury at the end of March which required a procedure. Plaintiff's counsel was then diagnosed with Covid-19 on April 3rd, 2023 and was not able to return to Court or the office for a period of 10 days while recovering from both aliments. Unfortunately, on April 14, 2023, Plaintiff's counsel's mother suffered a stroke. (Documentation available upon request) Because of these unfortunate events, Plaintiff's counsel was unaware of the April 6th, Order nor the April 20th, deadline to seek a default judgment. Plaintiff counsel humbly apologizes for missing Your Honor's Order and respectfully requests a two (2) week extension to May 4, 2023 to file a request for a default judgment. This is the first request for relief of this nature.

      The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

      Respectfully submitted,

      /s/ *Noor A. Saab, Esq.*